UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**Ring**


V.                                                    CIVIL ACTION NO.  **19-10896-DJC**


**SRS Distribution, Inc. et al**



### Scheduling Order


Casper, J.

      This Scheduling Order is intended primarily to provide a reasonable timetable for discovery and motion practice and to ensure the fair and just resolution of this matter, either by settlement or trial, without undue delay or expense.

      Having conducted a Scheduling Conference between the parties pursuant to Local Rule 16.1(a), it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f) that:

      1.  **Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **June 6, 2019** .

      2.  **Amendments to Pleadings**.  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **July 12, 2019** .

      3.  **Fact Discovery**.

            a.  **Final Deadline**.  All discovery, other than expert discovery, must be completed by **March 31, 2020** .

      4.  **Status Conference**.  A status conference will be held on **March 9, 2019** at **2:00PM**  in Courtroom 11, 5th Floor.

5. **Expert Discovery**.

   a.   Plaintiff(s)' trial experts must be designated and the information required by
   Fed. R. Civ. P. 26(a)(2) must be disclosed by **January 31, 2020** .

   b.   Defendant(s)' trial experts must be designated and the information required by
   Fed. R. Civ. P. 26(a)(2) must be disclosed by **March 2, 2020** .

   c.   All  trial experts must be deposed by **April 2, 2020** .

6. **Summary Judgment Motions**.

   a.  Motions for summary judgment must be filed by **March 31, 2020** .

   b.  Opposition to summary judgment motions must be filed within 21 days after service
of the motion pursuant to Local Rule 7.1.

   c.  All summary judgment filings shall conform to the requirements of Local Rule 56.1.


   7. **Initial Pretrial Conference**.  An initial pretrial conference shall be held on **March 9. 2019**
at **2:00PM**  in Courtroom 11.  The parties shall confer regarding the topics identified under Local Rule
16.5(d) and shall prepare and submit a joint pretrial memorandum in accordance with Local Rule
16.5(d) no later than five (5) business days prior to the pretrial conference.  The pretrial memorandum
shall also propose deadlines for the filing of motions in limine, proposed jury instructions and
proposed jury voir dire.




Date:  **6/6/2019**                    /s/ Denise J. Casper
                                       U. S. District Judge